TIMOTHY M. CLARK (SBN 284447)
LAUREN WELLING (SBN 291813)
tclark@thesandersfirm.com
lwelling@thesandersfirm.com
SANDERS PHILLIPS GROSSMAN, LLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606
Telephone: (516) 741-5600, ext. 8156
Facsimile:  (516) 477-2860

Attorneys for Plaintiff Maricruz Vera

KATHLEEN M. RHOADS (SBN 144466)
krhoads@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone:  (916) 830-6511
Facsimile:  (916) 920-4402

Attorneys for Defendants Teva Women's Health, LLC;
Teva Women's Health, Inc.; Teva Pharmaceuticals USA,
Inc.; Teva Branded Pharmaceutical Products R&D, Inc.;
The Cooper Companies, Inc.; and CooperSurgical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICRUZ VERA, <br><br> Plaintiff, <br><br> vs. <br><br> TEVA PHARMACEUTICALS USA, INC., et al. <br><br><br> Defendants. | CASE NO.  2:20-cv-01686-MCE-AC <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; ORDER THEREON** |

–1–

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it hereby is stipulated and agreed by all parties to this action that defendant Teva Branded Pharmaceutical Products R&D, Inc., is dismissed without prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

Dated: September 10, 2020         SANDERS PHILLIPS GROSSMAN, LLC

By: */s/ Lauren Welling*
   Lauren Welling
   Timothy M. Clark
   Attorneys for Plaintiff
   MERICUZ VERA

Dated: September 10, 2020         GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
   Kathleen M. Rhoads
   Attorneys for Defendants
   THE COOPER COMPANIES, INC.,
   and COOPERSURGICAL, INC.

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., is DISMISSED without prejudice. Each party shall bear their own attorneys' fees and costs, and this case shall proceed against the remaining Defendants.

IT IS SO ORDERED.

Dated: September 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE